| Charles Baker | EXHIBIT B |
|---|---|

**From:** Mike Murphy <mikerhm@acegroup.cc>
**Sent:** Friday, January 23, 2015 4:53 PM
**To:** Charles Baker
**Subject:** Lisota
**Attachments:** Customer List 2014.pdf

Charles,

I am e-mailing to provide you with the list of customers and/or potential customers which Mr. Lisota will be calling upon.  Mr. Lisota will also agree to continue to sell products and services in his traditional geographic area and not knowingly pursue PCT customers located throughout the US and Canada.  Mr. Lisota is the sole owner of BSES.

Please advise.
Mike

Michael A. Murphy
Hammell & Murphy, P.L.L.P.
110 E Main Street
P.O. Box 149
Caledonia, MN 55921
Office: 507-725-3361
Cell: 507-429-9866
Fax: 507-725-5627

---

**From:** Charles Baker [mailto:cbaker@trowbridgehouse.com]
**Sent:** Thursday, January 22, 2015 4:17 PM
**To:** Mike Murphy
**Subject:** RE: Lisota

Mike:

As a follow up to my email. My client wants to negotiate this to a resolution but he feels that he is negotiating against himself. With that in mind, we would request a list from your client indicating who he wants to continue to call upon. This is particularly necessary in the event we have to continue this discussion into next week. Please let me know your thoughts. Also, kindly confirm who else is a member of BSES so that we are aware as to whom we need to be speaking.

Thanks.
Charles Baker

**Charles E. Baker**
Trowbridge Law Firm, P.C.
1380 East Jefferson Ave.
Detroit, MI 48207
voice: 313-259-6900 ext. 121
fax  : 313-259-3474
email: cbaker@trowbridgehouse.com

CIRCULAR 230 DISCLOSURE In accordance with U.S. Treasury regulations, if this message from Trowbridge Law Firm, P.C. (or any attachment) contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

CONFIDENTIALITY NOTICE The contents of this message from Trowbridge Law Firm, P.C. may be privileged and confidential. Therefore, if this message has been received in