UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARTS CLEANING TECHNOLOGIES
OF ILLINOIS, INC., et al.,

    Plaintiffs,                                  Case No. 15-cv-10657
                                           Hon. Matthew F. Leitman

v.

THOMAS LISOTA, et al.,

    Defendants.

_____/

## **ORDER TO PERSONALLY APPEAR AT STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that the parties and their counsel shall personally appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 1013, Detroit, Michigan, on **Monday, September 26, 2016 at 1:30 p.m.** for a status conference before the Honorable Matthew F. Leitman.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  September 2, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2016, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (313) 234-5113